

FILED

DEC 15 2017

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF COLTON PETERSON, et al., | CV 12–123–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| CITY OF MISSOULA, et al., | |
| Defendants. | |

The parties having filed a stipulation for dismissal of the only remaining cause of action in this matter (Count Eight of the First Amended Complaint) pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The jury trial schedule for March 5, 2018, is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter

judgment consistent with this Order.

DATED this 15th day of December, 2017.

Donald W. Molloy, District Judge
United States District Court