IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| ESTATE OF COLTON PETERSON, et al., | CV 12-123-M-DWM |
|---|---|
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| CITY OF MISSOULA, et al., | |
| Defendants. | |

  **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered this date in the above-captioned cause in accordance with the Court's Order dismissing the case with prejudice, each party to pay its own costs.

Dated this 15th day of December, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk